**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1802**

_____

KOIKOI GUILAVOGUI,

       Petitioner,

   v.

MICHAEL B. MUKASEY, Attorney General,

       Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: June 2, 2008         Decided: July 21, 2008

_____

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

_____

Petition denied in part and dismissed in part by unpublished per curiam opinion.

_____

Christopher N. Lasch, Michael J. Wishnie, JEROME N. FRANK LEGAL SERVICES ORGANIZATION, New Haven, Connecticut, for Petitioner. Jeffrey S. Bucholtz, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Rebecca Hoffberg, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Koikoi Guilavogui, a native and citizen of Guinea, petitions for review of an order of the Board of Immigration Appeals (Board) denying as untimely his motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen. See Barry v. Gonzales, 445 F.3d 741, 744 (4th Cir. 2006), cert. denied, 127 S. Ct. 1147 (2007). Further, we lack jurisdiction to review the Board's refusal to invoke its sua sponte authority to reopen proceedings. See Zhao Quon Chen v. Gonzales, 492 F.3d 153, 155 (2d Cir. 2007). Accordingly, we deny in part and dismiss in part the petition for review. We deny Guilavogui's motion to hold this case in abeyance and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED IN PART
AND DISMISSED IN PART